TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00204-CR






Jermaine Q. Lofton, Sr., Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT


NO. 005541, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Ariel Payan, is ordered to tender a brief in this cause no later than September 16, 2002. 
No further extension of time will be granted.

It is ordered August 2, 2002. 


Before Justices Kidd, Patterson and Puryear

Do Not Publish